IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD TERRY                            :
                                        :
    v.                                  :
                                        :   No. 08-3015
MIDLAND MORTGAGE COMPANY                :

## **ORDER**

AND NOW, this   28th   day of April, 2009:

1. Upon letter motion of plaintiff (docket no.19), which is not opposed, Damon K. Roberts, Esquire is removed as counsel for plaintiff.

2. The "Motion of Midland Mortgage Co. to Dismiss Plaintiff's Complaint Pursuant to 28 U.S.C. § 1915(e)" (docket no. 14) is granted, and plaintiff's complaint is dismissed without prejudice.

                                BY THE COURT:


                                 /s/ Edmund V. Ludwig
                                Edmund V. Ludwig, J.

BY THE COURT:

_____
Edmund V. Ludwig, J.